OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

2/4/2015
MANNING, DONALD PATRICK- Tr. Ct. No. 9420335-A WR-74,158-02

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

DISMISSED

UTF

US POSTAGE PITNEY BOWES
$ 00.265
0002003152 FEB 09 2015
02 1R
MAILED FROM ZIPCODE 78711

DONALD PATRICK MANNING
PACK UNIT - TDC #538907
2400 WALLACE PACK
NAVASOTA, TX 77869